**Fill in this information to identify the case:**

Debtor 1 _____Travis L Wolfe_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Michigan

Case number __18-21068_____

## Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust

Court claim no. (if known): _3_

Last 4 digits of any number you use to identify the debtor's account: _7_ _4_ _1_ _9_

**Date of payment change:**
Must be at least 21 days after date of this notice         _06/01/2020_

**New total payment:**
Principal, interest, and escrow, if any         $ _____639.57_

---

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment: $ ____128.48____     New escrow payment: $ ____132.88____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

---

18-21068-dob    Doc 43    Filed 05/05/20    Entered 05/05/20 15:48:45    Page 1 of 7

| Part 4: | Sign Here |
| --- | --- |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Molly Slutsky Simons

Signature

Date   5/5/2020

Print:    **Molly Slutsky Simons**

First Name    Middle Name    Last Name

Title   Authorized Agent for Creditor

Company    Sottile & Barile, LLC

Address    394 Wards Corner Road, Suite 180

Number    Street

Loveland      OH    45140

City    State    ZIP Code

Contact phone   513-444-4100

Email   bankruptcy@sottileandbarile.com

Analysis Date:   April 27, 2020

TRAVIS WOLFE                                                    Loan: ███████████
2580 W HIGHWOOD RD
BEAVERTON MI  48612                              Property Address:
                                                2580 WEST HIGHWOOD ROAD
                                                BEAVERTON, MI  48612

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Oct 2019 to May 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jun 01, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 506.69 | 506.69 |
| Escrow Payment: | 128.48 | 132.88 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $635.17 | $639.57 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Jan 01, 2019 |
| Escrow Balance: | (1,510.66) |
| Anticipated Pmts to Escrow: | 2,184.16 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $673.50 |

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | 0.00 |
| Oct 2019 | | 246.98 | | | * | | 0.00 | 246.98 |
| Oct 2019 | | | | 1,245.56 | * | | 0.00 | (998.58) |
| Dec 2019 | | 186.46 | | | * | Escrow Only Payment | 0.00 | (812.12) |
| Dec 2019 | | | | 175.71 | * | Forced Place Insur | 0.00 | (987.83) |
| Dec 2019 | | | | 448.99 | * | City/Town Tax | 0.00 | (1,436.82) |
| Jan 2020 | | 123.49 | | | * | | 0.00 | (1,313.33) |
| Jan 2020 | | 123.49 | | | * | | 0.00 | (1,189.84) |
| Jan 2020 | | | | 78.68 | * | Forced Place Insur | 0.00 | (1,268.52) |
| Feb 2020 | | 123.49 | | | * | | 0.00 | (1,145.03) |
| Feb 2020 | | 332.78 | | | * | Escrow Only Payment | 0.00 | (812.25) |
| Feb 2020 | | | | 78.39 | * | Forced Place Insur | 0.00 | (890.64) |
| Feb 2020 | | | | 867.00 | * | Homeowners Policy | 0.00 | (1,757.64) |
| Mar 2020 | | 123.49 | | | * | | 0.00 | (1,634.15) |
| Mar 2020 | | 123.49 | | | * | | 0.00 | (1,510.66) |
| | | | | | | Anticipated Transactions | 0.00 | (1,510.66) |
| Apr 2020 | | 2,055.68 | | | | | | 545.02 |
| May 2020 | | 128.48 | | | | | | 673.50 |
| | $0.00 | $3,567.83 | $0.00 | $2,894.33 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are

silent on this issue.

**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

Analysis Date:   April 27, 2020

TRAVIS WOLFE                             Loan▮   ███████

### Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 673.50 | 664.46 |
| Jun 2020 | 132.88 | | | 806.38 | 797.34 |
| Jul 2020 | 132.88 | | | 939.26 | 930.22 |
| Aug 2020 | 132.88 | | | 1,072.14 | 1,063.10 |
| Sep 2020 | 132.88 | 278.62 | City/Town Tax | 926.40 | 917.36 |
| Oct 2020 | 132.88 | | | 1,059.28 | 1,050.24 |
| Nov 2020 | 132.88 | | | 1,192.16 | 1,183.12 |
| Dec 2020 | 132.88 | | | 1,325.04 | 1,316.00 |
| Jan 2021 | 132.88 | | | 1,457.92 | 1,448.88 |
| Feb 2021 | 132.88 | 448.99 | City/Town Tax | 1,141.81 | 1,132.77 |
| Feb 2021 | | 867.00 | Homeowners Policy | 274.81 | 265.77 |
| Mar 2021 | 132.88 | | | 407.69 | 398.65 |
| Apr 2021 | 132.88 | | | 540.57 | 531.53 |
| May 2021 | 132.88 | | | 673.45 | 664.41 |
| | $1,594.56 | $1,594.61 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.) Your escrow balance contains a cushion of 265.77.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 265.77 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 673.50.  Your starting balance (escrow balance required) according to this analysis should be $664.46.  This means you have a surplus of 9.04. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be 1,594.61.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
| --- | --- |
| Unadjusted Escrow Payment | 132.88 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $132.88 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## BAY CITY DIVISION

In Re:                                    Case No. 18-21068-dob

Travis L Wolfe                            Chapter 13

Debtor.                                   Judge Daniel S. Opperman

---

## PROOF OF SERVICE

---

The undersigned does hereby certify that a copy of the Notice of Mortgage Payment Change has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on May 5, 2020 to the following:

Travis L Wolfe, Debtor
2580 West Highwood Rd
Beaverton, MI 48612

Tadd R. Klimmek, Debtor's Counsel
mail@klimmeklawoffice.com

Thomas McDonald, Trustee
ecf@mcdonald13.org

United States Trustee's Office
(registeredaddress)@usdoj.gov

Respectfully Submitted,

/s/ Molly Slutsky Simons

Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor